# HARRIS BEACH PLLC
ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

LEE E. WOODARD

FAX:    (315) 422-9331
LWOODARD@HARRISBEACH.COM

September 10, 2010

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY  13261-7008

    Re:    Nicholas I. & Jo Michelle Erard - Case No. 06-31866

Dear Clerk:

    Enclosed please find a check in the amount of $7.15 for the benefit of Palisade Collections, Inc., which represents their pro-rated share of dividends payable in the above case.

    Please be advised that the address of Palisade Collections, Inc. is c/o OSI Portfolio Services, Inc., P.O. Box 105460, Atlanta, GA  30348-5460.

Sincerely,

HARRIS BEACH PLLC

Lee E. Woodard

LEW/ca
Enc.

**RECEIVED**
SEP 15 2010
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY